# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133073

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OPELTON DONZELL KELLY,
      Defendant-Appellant.

SC: 133073
COA: 274728
Wayne CC: 91-013623-02

_____/

     On order of the Court, the application for leave to appeal the December 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

p0618